IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00839–MSK–KMT

DEBBIE GILLON,

    Plaintiff,

v.

JUDY BEAMAN, Medical Supervisor,
MICHAEL SAXEROD, Optomotrist,
JENNIFER MASCARANAS, RN.,
DORIEN MARTINEZ, Medical Records,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on Plaintiff's "Motion for Leave to Grant Permission to Add Additional Defendants, Claims, and Exhibits to Amended Complant" (Doc. No. 18, filed November 9, 2010) and "Motion for Permission to Ammend [sic] Complaint in the Above Captioned Matter" (Doc. No. 39, filed November 9, 2010). In Document 38, Plaintiff seeks leave to add new claims and a new defendant. She attaches a proposed Amended Complaint to the motion. In Document 39, Plaintiff seeks leave to modify her First, Second and Third claims for relief to clarify names of Department of Corrections employees who are at fault. She does not attach an amended complaint to Document 39. Plaintiff states she will submit an amendment on or before November 21, 2010.

It is unclear whether Plaintiff intends to make further amendments to the complaint other than those she seeks to make in Document 38. It is also unclear whether, in Document 39, Plaintiff seeks to make amendments to the claims in her current operative complaint, Doc. No. 10, or to the proposed Amended Complaint attached to Document 38. As such, both Motions (Doc. Nos. 38 and 39) are DENIED without prejudice. Plaintiff may file a <u>single</u> renewed motion to amend no later than November 21, 2010. The motion shall detail the proposed amendments and the reasons why such amendments are necessary. In addition, Plaintiff must attach the proposed

amended complaint to the motion.  The proposed amended complaint must contain <u>all</u> of the plaintiff's claims and <u>all</u> of the defendants against whom she wishes to assert claims.

Dated: November 10, 2010