IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00839–MSK–KMT

DEBBIE GILLON,

    Plaintiff,

v.

JUDY BEAMAN, Medical Supervisor,
MICHAEL SAXEROD, Optomotrist,
JENNIFER MASCARANAS, RN.,
DORIEN MARTINEZ, Medical Records,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Response to Minute Order Renewed Motion to Amend" (Doc. No. 45, filed November 19, 2010). This court previously denied Plaintiff's "Motion for Leave to Grant Permission to Add Additional Defendants, Claims, and Exhibits to Amended Complaint" (Doc. No. 38, filed November 9, 2010) and "Motion for Permission to Ammend [sic] Complaint in the Above Captioned Matter" (Doc. No. 39, filed November 9, 2010) because it was unclear whether Plaintiff intended to make further amendments to the complaint other than those she sought to make in Document 38, and it also was unclear whether, in Document 39, Plaintiff sought to make amendments to the claims in her current operative complaint, Doc. No. 10, or to the proposed Amended Complaint attached to Document 38.

In her current Renewed Motion, Plaintiff clarifies that she is "satisfied with all changes made to" and submitted in Document 38 and that she does not foresee any additional changes that will need to be made. As such, Plaintiff's Renewed Motion is GRANTED in part. The court will consider Plaintiff's "Motion for Leave to Grant Permission to Add Additional Defendants, Claims, and Exhibits to Amended Complaint" (Doc. No. 38).

The Clerk of Court is directed to reinstate Plaintiff's "Motion for Leave to Grant Permission to Add Additional Defendants, Claims, and Exhibits to Amended Complaint" (Doc. No. 38). Defendants shall file a response no later than December 17, 2010.  Plaintiff shall file her reply no later than January 3, 2011.

Dated: November 23, 2010